# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2043

_____

| | | |
|---|---|---|
| George Landreth, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Steve Davis; David Gorman; Steve | * | |
| Daniel; David Smith, Deputy Sheriff; | * | [UNPUBLISHED] |
| John Ables, Sheriff, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 21, 2000

Filed: January 19, 2001

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, George Landreth claimed defendants failed to prevent a violent arrestee from assaulting him while Landreth was confined at the Calhoun County Jail, and then failed to provide prompt medical attention for his resulting injuries. The magistrate judge, sitting by consent of the parties, conducted a bench trial and found Landreth did not prove defendants (1) were aware of any risk of harm to Landreth posed by the arrestee, (2) responded unreasonably after Landreth was attacked, or (3) were deliberately indifferent to his later need for medical attention.

Landreth appeals.  Because the undisputed facts support the ultimate finding of no liability on the part of defendants, we affirm without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.